UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14295-CIV-CANNON/Reid

**JOSEPH RANSBERGER**,

    Plaintiff,

v.

**OKEECHOBEE COUNTY, et al.**,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon Plaintiff's Amended Complaint filed pursuant to 42 U.S.C. § 1983 [ECF No. 13], filed on December 7, 2020.  The Amended Complaint was previously referred to Magistrate Judge Lisette M. Reid for a Report and Recommendation ("R&R") on all dispositive matters [ECF No. 14].  On February 3, 2021, the Magistrate Judge issued an R&R recommending that the Motion be denied [ECF No. 15].  The R&R states that the Plaintiff shall file any objections within fourteen days of the date of service of a copy of the R&R [ECF No. 15, p. 5].  To date, Plaintiff has filed no objections, nor has he sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised in the premises.  *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).  Upon review, the Court finds the R&R to be well reasoned and correct.  The Court therefore agrees with the analysis in the R&R and concludes that the Amended Complaint must be **DISMISSED** for the reasons set forth therein.

CASE NO. 20-14295-CIV-CANNON/Reid

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R [ECF No. 15] is **ADOPTED**;

2. The Amended Complaint [ECF No. 13] is **DISMISSED**;

3. All pending motions are **DENIED AS MOOT**; and

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Fort Pierce, Florida this 31st day of March 2021.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record

Joseph Ransberger
W40148
Okeechobee Correctional Institution
Work Camp
Inmate Mail/Parcels
3420 NE 168th Street
Okeechobee, Florida 34972
*PRO SE*

2